**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Miner Dederick Construction, LLP v. Gulf Chemical & Metallurgical Corporation

Appellate case number:   01-11-00325-CV

Trial court case number:  0866374

Trial court:             215th District Court of Harris County

Appellant's motion to correct judgment is dismissed as moot.

    It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
       ☑ Acting individually    ☐ Acting for the Court

Date: April 11, 2013